DAYLE ELIESON
United States Attorney
District of Nevada

KRYSTAL J. ROSSE
Assistant United States Attorney
Nevada Bar No. 11573
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: krystal.rosse@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS DORSEY,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK T. ESPER, in his capacity as the<br>United States Secretary of the Army,<br><br>    Defendant. | Case No. 2:18-cv-00209-APG-NJK<br><br>**STIPULATION FOR EXTENSION OF<br>TIME TO FILE ANSWER**<br>(First Request) |

Pursuant to Local Rule 6-1, Federal Defendant United States of America hereby requests a 30-day extension of time to file an answer or otherwise respond to Plaintiff's Complaint, ECF No. 1. Based on the date of service of the summons and complaint on the United States, the answer or other response is due by May 7, 2018. With the extension, the deadline to answer or otherwise respond would be June 6, 2018. In support of the request, the United States of America will use the additional time to fully evaluate the allegations in the complaint, obtain records from recently assigned agency counsel, and determine whether early resolution is possible. The United States does not anticipate that more than the 30 days requested will be necessary to conduct the necessary evaluation.

**WHEREFORE**, the parties respectfully request that the Court grant the stipulation extending the deadline for the United States to answer or respond to **June 6, 2018**.

Respectfully submitted this 23rd day of April 2018.

| | |
|---|---|
| Law Offices of Robert P. Spretnak | DAYLE ELIESON<br>United States Attorney |
| */s/ Robert P. Spretnak*<br>ROBERT P. SPRETNAK<br>8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123 | */s/ Krystal J. Rosse*<br>KRYSTAL J. ROSSE<br>Assistant United States Attorney |
| *Attorneys for Plaintiff* | *Attorneys for the United States* |

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

**IT IS SO ORDERED:**

_____
~~UNITED STATES DISTRICT JUDGE~~
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** April 24, 2018