LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq.
Nevada Bar No. 5135
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS DORSEY, | Case No.: 2:18-cv-00209-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (ECF No. 9)** |
| MARK T. ESPER, in his capacity as the United States Secretary of the Army, | |
| Defendant. | **(First Request)** |

Plaintiff THOMAS DORSEY and Defendant MARK T. ESPER, in his capacity as the United States Secretary of the Army, by and through their respective counsel of record, hereby stipulate and agree to extend the time for Plaintiff THOMAS DORSEY to file his points and authorities in opposition to Defendant's Motion to Dismiss (ECF No. 9) by one week, to **June 27, 2017**. Defendant's Motion to Dismiss was filed on June 6, 2018; therefore, in accordance with LR 7-2(b), Plaintiff's response currently is due to be filed on or before June 20, 2018. This is the first request to extend this deadline.

There is good cause for entering into this stipulation. Over the past two weeks, Plaintiff's counsel has been engaged in a number of mediations previously scheduled. He also has been extensively involved in preparing briefing on dispositive motions in matters, including a substantial summary judgment opposition in a matter in private mediation.

////

////

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

For these reasons, a brief extension is requested.

DATED: June 20, 2018.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak

Attorney for Plaintiff

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

DATED: June 20, 2018.

DAYLE ELIESON
UNITED STATES ATTORNEY

/s/ Krystal J. Rosse
Krystal J. Rosse
Assistant United States Attorney

Attorneys for Defendant

501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101

Dated: June 20, 2018

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123