DAYLE ELIESON
United States Attorney
District of Nevada

KRYSTAL J. ROSSE
Assistant United States Attorney
Nevada Bar No. 11573
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: krystal.rosse@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS DORSEY, | Case No. 2:18-cv-00209-APG-NJK |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR FEDERAL DEFENDANT TO FILE REPLY IN SUPPORT OF RENEWED MOTION TO DISMISS (ECF No. 22)** |
| v. | |
| MARK T. ESPER, in his capacity as the United States Secretary of the Army, | |
| Defendant. | **(First Request)** |

Plaintiff Thomas Dorsey and Federal Defendant Mark T. Esper, in his capacity as the United States Secretary of the Army, by and through their counsel of record, hereby stipulate and agree to extend the time for Federal Defendant to file his Reply in Support of his Renewed Motion to Dismiss (ECF No. 22) ("Motion") by two days to **August 22, 2018**. Plaintiff filed his Opposition (ECF No. 25) on August 13, 2018, and in accordance with LR 7-2(b), Federal Defendant's response is currently due on August 20, 2018. This is the first request to extend this deadline.

There is good cause for entering into this stipulation for this brief extension that will still allow the Motion to be fully briefed prior to the parties' ENE. Agency counsel for Federal Defendant is currently tied up on another matter and is unable to assist in responding to new information raised in Plaintiff's Opposition until Monday, August 20, 2018, the current due date for Federal Defendant's reply. This request is made in good faith and not for purposes of delay.

1

For the reasons set forth above, the parties respectfully request the Court grant this brief extension.

Respectfully submitted this 16th day of August 2018.

| | |
|---|---|
| Law Offices of Robert P. Spretnak | DAYLE ELIESON<br>United States Attorney |
| */s/ Robert P. Spretnak*<br>ROBERT P. SPRETNAK<br>8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123 | */s/ Krystal J. Rosse*<br>KRYSTAL J. ROSSE<br>Assistant United States Attorney |
| *Attorneys for Plaintiff* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**
Dated: August 16, 2018.