1  DAYLE ELIESON
   United States Attorney
2  District of Nevada

3  KRYSTAL J. ROSSE
   Assistant United States Attorney
4  Nevada Bar No. 11573
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   Telephone: 702-388-6336
6  Email: krystal.rosse@usdoj.gov

7  *Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS DORSEY, | Case No. 2:18-cv-00209-APG-NJK |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME FOR FEDERAL DEFENDANT TO FILE ANSWER** |
| MARK T. ESPER, in his capacity as the United States Secretary of the Army, | |
| Defendant. | **(First Request)** |

Plaintiff Thomas Dorsey and Federal Defendant Mark T. Esper, in his capacity as the United States Secretary of the Army, by and through their counsel of record, hereby agree that in light of Plaintiff's First Amended Complaint ("Amended Complaint") (ECF No. 17), Federal Defendant's Motion to Dismiss (ECF No. 9) is moot.

Pursuant to Local Rule 6-1, the parties agree that Federal Defendant may have until July 23, 2018 to answer or otherwise respond to Plaintiff's Amended Complaint. Federal Defendant needs additional time to fully evaluate the additional allegations Plaintiff has set forth for the first time in the Amended Complaint. This is the first request for an extension of time to file an answer to the Amended Complaint.

1

**WHEREFORE**, the parties respectfully request that the Court grant the stipulation extending the deadline for the United States to answer or otherwise respond to Plaintiff's Amended Complaint to **July 23, 2018**.

Respectfully submitted this 5th day of July 2018.

| | |
|---|---|
| Law Offices of Robert P. Spretnak | DAYLE ELIESON<br>United States Attorney |
| */s/ Robert P. Spretnak*<br>ROBERT P. SPRETNAK<br>8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123 | */s/ Krystal J. Rosse*<br>KRYSTAL J. ROSSE<br>Assistant United States Attorney |
| *Attorneys for Plaintiff* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**
Dated: September 6, 2018.