DAYLE ELIESON
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS DORSEY,<br><br>        Plaintiff,<br><br>  v.<br><br>MARK T. ESPER, in his capacity as the United States Secretary of the Army,<br><br>        Defendant. | Case No. 2:18-cv-00209-APG-NJK<br><br>**NOTICE OF APPEARANCE AND WITHDRAWAL** |

    The Clerk of the Court will please note the appearance of Assistant United States Attorney Blaine T. Welsh as counsel of record for the United States. AUSA Welsh has replaced Krystal J. Rosse in this case, as Ms. Rosse has resigned from the United States Attorney's Office and is withdrawn as counsel.

    Hereinafter, all parties to the above-referenced suit should direct any communications, papers and court filings to the attention of undersigned counsel.

    Respectfully submitted this 21st day of September 2018.

IT IS SO ORDERED.
Dated: September 21, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

DAYLE ELIESON
United States Attorney

  */s/ Blaine T. Welsh*
BLAINE T. WELSH
Assistant United States Attorney

1