DAYLE ELIESON
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS DORSEY,<br><br>    Plaintiff,<br><br>  v.<br><br>MARK T. ESPER, in his capacity as the United States Secretary of the Army,<br><br>    Defendant. | Case No. 2:18-cv-00209-APG-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice, and each party will bear its own costs and attorney's fees.

Respectfully submitted this 12th day of October 2018.

| | |
|---|---|
| Law Offices of Robert P. Spretnak | DAYLE ELIESON<br>United States Attorney |
| */s/ Robert P. Spretnak*<br>ROBERT P. SPRETNAK<br>8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123 | */s/ Blaine T. Welsh*<br>BLAINE T. WELSH<br>Assistant United States Attorney |
| *Attorneys for Plaintiff* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: October 15, 2018.